UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RYAN, BECK & CO., LLC,

                Plaintiff,

    -against-

YOUSSEF FAKIH, et al.,

                Defendants.
----------------------------------------------------------------x

O R D E R

02-CV-4052 (RLM)

This Court has received by facsimile, from counsel for the Fakih defendants, a copy of what purports to be a Memorandum and Order signed and issued by the undersigned magistrate judge on June 17, 2003. This document is entirely fraudulent and was never issued by this Court. It is not part of the court file and should not be relied upon in any manner.

SO ORDERED.

Dated:     Brooklyn, New York
             June 18, 2003

                                      / ROANNE L. MANN
                                      UNITED STATES MAGISTRATE JUDGE

FAXED 6/18/03

FILED
IN CLERK'S OFFICE
U.S. COURT E.D. N.Y.
★ JUN 2 3 2003 ★
P.M. _____
TIME A.M. _____